## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re

Shelton Patterson,

    Debtor.

Case No. 16–11272
Chapter 13

## ORDER CONFIRMING PLAN

The debtor's plan was filed on July 15, 2016. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.

Dated October 17, 2016

William R. Sawyer
United States Bankruptcy Judge